IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES REGINALD YOUNG,

    Petitioner,

v.                                        CASE NO. 1:07-cv-00254-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition be dismissed as untimely filed. The time for filing objections has passed, and none have been filed. The Court agrees that Petitioner's federal statute of limitations had run nearly 8 years before he filed a state collateral attack on his sentence. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED with prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this *7th* day of March, 2008

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge